### STATE OF CONNECTICUT *v.* JOHN RAYMOND PECZYNSKI

The defendant's petition for certification for appeal from the Appellate Court, 50 Conn. App. 51 (AC 16641), is denied.

*John E. Doran*, special public defender, in support of the petition.

*Robert J. Scheinblum*, assistant state's attorney, in opposition.

Decided November 3, 1998

### KEITH GALLANT, ADMINISTRATOR (ESTATE OF THELMA S. CAVALLARO) *v.* JOAN E. CAVALLARO ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 50 Conn. App. 132 (AC 16867), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Joan E. Cavallaro*, pro se, in support of the petition.

Decided November 3, 1998